# EXHIBIT "I"

**EXHIBIT I:  U.S. PATENT NO. 10,999,300 INFRINGEMENT CLAIM CHART[1]**

| Claim 1 | Accused Products |
|---|---|
| A forensic computing platform deployed as a cloud control server which comprises | The preamble is presumptively not limiting.  To the extent the preamble is limiting, the Accused Products are a forensic computing platform deployed as a cloud control server.<br><br><br><br>(*The Platform CISOs Trust*, TRELLIX, https://www.trellix.com/) |

---

[1] The evidence of infringement identified in the below chart is exemplary and nonlimiting.  QuickVault reserves the right to rely on additional and/or alternative aspects of the Accused Products and related components during this litigation for the purpose of establishing infringement.

1

| Claim 1 | Accused Products |
| --- | --- |
| |  (*Trellix Security Platform*, TRELLIX, https://www.trellix.com/platform/) |

| Claim 1 | Accused Products |
|---|---|
| an analytic component, | **Trellix Wise: GenAI for your biggest security operations challenges**<br><br>Trellix Wise relieves alert fatigue for security operations, enabling teams of any experience level to investigate 100% of their alerts and automate investigation and remediation. Trellix Wise makes decisions, offers guidance, and uses conversational AI so users can hunt threats while learning on the job.<br><br>(*Trellix Wise*, TRELLIX, https://www.trellix.com/platform/wise/) |

| Claim 1 | Accused Products |
|---------|------------------|
|         | <br><br>(*Threat Intelligence*, TRELLIX, https://www.trellix.com/platform/threat-intelligence/) |

4

| Claim 1 | Accused Products |
|---------|------------------|
| a reporting component, | **System Information Reporter features**<br><br>• **Centralized management** — Allows you to enforce System Information Reporter policies on managed nodes using ePolicy Orchestrator management software version 5.10.<br>• **Query system properties** — Allows you to query the managed nodes to collect:<br>• System properties such as versions, patches, and hotfixes<br>• Custom environment variable value<br>• Registry key values<br>• **File search support** — Allows you to query the managed nodes to search files.<br>• **Registry key modification support** — Allows you to query the managed nodes to create, edit, or delete registry keys.<br>• **Back up and restore registry keys** — Creates a backup of registry keys before modifying and restores registry backup file using Set Registry policy.<br><br>(*System Information Reporter (SIR) User Guide*, TRELLIX (2024), *available at* https://docs.trellix.com/bundle/system-information-reporter-user-guide/resource/system-information-reporter-user-guide.pdf)<br><br>**Overview**<br><br>Version:  McAfee Content Security Reporter 2.9.0 Product Guide  ⌄   \| Last Updated  Sep 10, 2018  \| ⏱ 1 minute read  \|  # **Product Usage**<br><br>Content Security Reporter is a reporting software solution that helps you identify and analyze a broad range of data collected from your network devices.<br><br>To identify and analyze network activity, Content Security Reporter allows you to collect and manage the data from your integrated alert, authentication, email, and web devices.<br><br>Use the collected data to identify these potential issues:<br><br>• Bandwidth overload<br>• Liability exposure<br>• Productivity loss<br>• Security threats<br><br>Once identified, you can use the information to modify your policies and effectively enhance network protection.<br><br>(*McAfee Content Security Reporter 2.9.0 Product Guide*, TRELLIX, https://docs.trellix.com/bundle/content-security-reporter-2.9.0-product-guide/page/GUID-E29D375D-6227-4C6A-B6D0-861182D61583.html) |

| Claim 1 | Accused Products |
|---|---|
| | **Data Sources for XDR**<br><br>XDR effectiveness depends on the data sources available for analysis. The log data that you send determines XDR's detection capability (such as use cases available). From the perspective of effective use of XDR, there are varying types of log data.<br><br>- Threat Detection Appliances<br>- Web Proxy (with user tracking)<br>- DNS Resolution and Relay events<br>- Authentication Events<br>- AD/LDAP, Wireless, VPN, etc.<br>- Firewalls (including NAT logs)<br>- Email server and transactions<br>- Endpoint Security<br>- Operating System events<br>- IDS / IPS<br>- Database Security/Audit events<br>- Email Filtering/Security events<br>- NAC events<br>- PowerShell logs<br>- Cloud Infrastructure<br>- Cloud Services<br><br>(*Trellix EMEA Partner Tech Summit 2023*, TRELLIX (2023), *available at* https://www.trellix.com/assets/events/emea-partner-tech-summit-2023/workshop-1-trellix-xdr-platform-and-security-operations-and-analytics.pdf)<br><br>**Collecting and Analyzing All Relevant Data**<br><br>Most organizations starting a cloud security program understand the importance of collecting authentication and authorization data, but that's only half of the story. Comprehensive security means collecting |

6

| Claim 1 | Accused Products |
|---|---|
|  | usage data for visibility through various means, such as: <br><br>    • Container operational logs <br><br>    • Object storage read and write logs <br><br>    • Policy configuration logs <br><br>    • Network flow logs <br><br>    • Application logs <br><br>    • Load balancer logs <br><br>    • Function-as-a-service and other serverless logs <br><br> (*The Trellix Approach to Effective Cloud Security*, TRELLIX (2022), *available at* https://www.trellix.com/assets/whitepapers/trellix-effective-cloud-security-whitepaper.pdf) |

| Claim 1 | Accused Products |
|---|---|
| an alerting component, | By deploying AI in the background to do work on your behalf, you are actually getting hours of human work accomplished. It's no longer necessary for a human to make 20 clicks just to figure out what happened around one alert. AI handles this machine-level work for you. The work that is data-intensive, fatiguing, and error-prone from a human perspective is exactly what AI excels at—leaving the interesting investigative work for the human SOC team.<br><br><br><br>**Figure 1:** How Trellix Wise GenAI capabilities reduce alert fatigue so SOC teams can focus on what matters.<br><br>(*No Alert Left Behind — Conquering Alert Fatigue with GenAI*, TRELLIX (2024), *available at* https://www.trellix.com/assets/whitepapers/trellix-no-alert-left-behind-white-paper.pdf) |

8

| Claim 1 | Accused Products |
|---------|------------------|
|  |  |

| Claim 1 | Accused Products |
|---------|------------------|
|  | <br><br>(*Trellix EMEA Partner Tech Summit 2023*, TRELLIX (2023), *available at* https://www.trellix.com/assets/events/emea-partner-tech-summit-2023/workshop-1-trellix-xdr-platform-and-security-operations-and-analytics.pdf) |

| Claim 1 | Accused Products |
|---|---|
| a policy database, | ## Why Trellix ePolicy Orchestrator?<br><br>**Simplified management**<br>Eliminate complexity with a single pane of glass for policy management and enforcement across the enterprise.<br><br>**Extensible platform**<br>Comprehensive platform, helps security operations teams to plan and scale their operations model all while benefiting from true API integrations.<br><br>**Unrivaled threat intel**<br>Leverage Threat Intelligence Exchange (TIE) and Intelligent Virtual Execution (IVX) integrations for effective sandboxing<br><br>(*Trellix ePolicy Orchestrator*, TRELLIX, https://www.trellix.com/products/epo/?selectedTab=essentialRisk)<br><br>Trellix ePO – SaaS manages Trellix Endpoint Protection Platform, which combines advanced machine learning capabilities specifically tuned for Microsoft OS-native security. This also avoids the complexity and cost of an additional management console. Trellix ePO – SaaS provides a common management experience with shared policies for Microsoft Windows 10 devices and all devices across the heterogenous enterprise to ensure consistency and simplicity.<br><br>**Key features**<br><br>· Personalized dashboards and queries per user requirement<br><br>· Comprehensive and customizable policy catalogue and reports |

11

| Claim 1 | Accused Products |
|---|---|
| | (*Trellix® ePO – SaaS*, TRELLIX (2024), *available at* https://www.trellix.com/assets/data-sheets/trellix-epo-saas-datasheet.pdf) <br><br> | Category | Option | Definition | <br> | Policy Catalog | N/A | Users can view any Trellix DLP policy. Users can edit policies if they are an owner or if they are a member of the global administrator permission set. | <br><br> (*Edit Permission Set: Data Loss Prevention Page*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-90e84c6c-897f-a01f-c031-ba70503094df.html) |
| a user database, | ## What can you monitor? <br><br> Version: Trellix Application and Change Control 8.4.x - Windows Product Guide ˅ <br><br> You can monitor files, directories, registry keys, users, and programs. <br><br> User account <br> • User account creation <br> • User account change <br> • User account deletion <br> • User logon (success and failure) <br> • User logoff <br><br> (*What Can You Monitor?*, TRELLIX, https://docs.trellix.com/bundle/application-change-control-8.4.x-product-guide-windows/page/UUID-e2ecb5d4-50a3-ff36-ae01-9facccbdc4e3.html#:~:text=User%20account%20tracking%20is%20disabled,uat%20command%20on%20the%20endpoint) |

| Claim 1 | Accused Products |
|---|---|
| | Database Security provides full visibility into DBMS user activity and can issue alerts or terminate suspicious activities based on predefined vPatch rules and custom rules.<br><br>In line with a layered defense strategy employed by leading enterprises, Database Security complements other security measures offered by Trellix, such as encryption, network security, and other products, by providing a hardened security layer surrounding the DBMS itself.<br><br>**Key advantages of Database Security include:**<br><br>- Monitoring of all DBMS activities, including the activities of authorized and privileged users;<br>- Prevention of intrusion, data theft, and other attacks on the DBMS;<br>- Real SQL Injection Protection;<br>- Rule-based policies for users, queries, and DBMS objects;<br>- Quarantine rogue users;<br>- Enterprise level vulnerability assessment for DBMSs;<br>- Quick and easy deployment and configuration options.<br><br>(*Trellix Database Security (DBSec)*, TRELLIX (2024), *available at* https://www.trellix.com/assets/trust/privacy/trellix-database-security_privacy-data-sheet.pdf) |

| Claim 1 | Accused Products |
|---|---|
| | ## View the user activity log<br><br>Last Updated  Jan 13, 2020  \|  ⏱ 1 minute read  \|  # **NSP 9.2.0**  # **Product Usage**<br><br>You can view an audit log of various categories of activity segregated by:<br><br>- Administrative users<br>- Domain — View the log for the root admin domain and all its child admin domains.<br>- Time — Specify the start time and end time of the audit log.<br><br>The various categories include:<br><br>- Admin Domain<br>- User<br><br>(*View the User Activity Log*, TRELLIX, https://docs.trellix.com/bundle/network-security-platform-9.2.x-product-guide/page/GUID-46A15BDD-C797-41BB-AFC4-9C4E7FF66EEA.html)<br><br><table><tr><td rowspan="3">Case Management</td><td rowspan="3">Owner</td><td>Select **User can view cases assigned to him** to view cases assigned to the user. If redaction is selected, sensitive fields are blocked.</td></tr><tr><td>Select **User can view cases assigned to the following permission sets** to view cases assigned to the selected permission sets. If redaction is selected, sensitive fields are blocked.<br>Click **...** to select one or more permission sets.</td></tr><tr><td>Select **User can view all cases** to view all cases regardless of assignment. If redaction is selected, sensitive fields are blocked.</td></tr></table><br>(*Edit Permission Set: Data Loss Prevention Page*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-90e84c6c-897f-a01f-c031-ba70503094df.html) |

14

| Claim 1 | Accused Products |
|---|---|
| a meta database | **Files collector**<br><br>Last Updated  Dec 31, 2023  |  3 minute read  |  # MV-EDR  # Product Usage  # Endpoint Security<br><br>The **Files** collector gathers data about managed devices' file systems.<br><br>Collector output<br><br>| Field | Type | Description |<br>|---|---|---|<br>| **name** | String | The file name. |<br>| **dir** | String | The directory path where the file is lo |<br>| **full_name** | String | The fully qualified file name, including |<br>| **size** | Number | File size in bytes. |<br>| **last_write** | Timestamp | The last time the operating system wr |<br><br>(*Files Collector*, TRELLIX, https://docs.trellix.com/bundle/mvision-endpoint-detection-and-response-product-guide/page/UUID-834218ff-2612-a141-7b6d-ac7b0a0588e5.html)<br><br>**Enable Update Metadata Aggregation for Local Intelligence**<br><br>Version:  Trellix Threat Intelligence Exchange 4.5.x Product Guide  ∨   |  Last Updated  Jul 12, 2024  |  1 minute read  |  # TIE 4.5.x  # Product Usage<br><br>Enable Update Metadata Aggregation for Local Intelligence in the Trellix DXL topology.<br><br>**Task**<br><br>1. Log on to the Trellix ePO - On-prem server as an administrator.<br><br>2. Select **Menu → Configuration → Server Settings → DXL Topology**, then click **Edit**.<br><br>> **Note**<br>> The option on the page varies based on whether you selected a broker or a hub. Unassigned brokers are listed below to the hubs.<br><br>3. Select a broker item from the list.<br><br>4. In the **Broker Extensions** section, find the **Update Metadata Aggregation for Local Intelligence** extension and check it.<br><br>5. Repeat the step 4 in every broker where you want to enable the extension, then click **Save**.<br><br>For more information about enabling or disabling DXL Broker Extension, see Trellix Data Exchange Layer Product Guide. |

| Claim 1 | Accused Products |
|---|---|
| | (*Enable Update Metadata Aggregation for Local Intelligence*, TRELLIX, https://docs.trellix.com/bundle/threat-intelligence-exchange-4.5.x-product-guide/page/UUID-cebd0aad-a575-4b60-e1ed-6d2600e7d02f.html)<br><br>## Configure Metadata aggregator<br><br>Last Updated  Aug 07, 2019  |  🕐 1 minute read  |  # TIE 3.0.x  # Installation and Getting Started<br><br>Reduce the bandwidth and the number of messages that the TIE server needs to process by discarding duplicated data and summarizing information.<br><br>Enable Metadata aggregator feature if you have one of these scenarios which implies sending multiple updates to the TIE server.<br><br>• Frequent changes in your organization<br>• Add new endpoints to your environment<br>• Frequently have new files<br>• New rules<br>• Constantly restarting your endpoints<br><br>(*Configure Metadata Aggregator*, TRELLIX, https://docs.trellix.com/bundle/threat-intelligence-exchange-3.0.x-installation-guide/page/GUID-09301674-7C47-4644-A93E-B47569DDCA88.html) |
| and a settings database; | ## Trellix Agent policy settings<br><br>Last Updated  Jul 29, 2024  |  🕐 3 minute read  |  # MA 5.8.x  # Product Usage<br><br>Trellix Agent provides configuration pages for setting policy options that are organized into these categories: **General**, **Repository**, **Product Improvement Program**, **Troubleshooting**, and **Custom Properties**.<br><br>Before distributing Trellix Agent throughout your network, consider carefully how you want Trellix Agent to behave in the segments of your environment. Although you can configure Trellix Agent policy settings after they are distributed, we recommend setting them before the distribution, to prevent unnecessary impact on your resources.<br><br>(*Trellix Agent Policy Settings*, TRELLIX, https://docs.trellix.com/bundle/trellix-agent-5.8.x-product-guide/page/UUID-a6e40c1b-99b5-5e32-087b-c331f6cef944.html) |

16

| Claim 1 | Accused Products |
|---|---|
| | **Server settings**<br><br>Last Updated  Dec 10, 2024  \|  🕐 4 minute read  \|  # **ePO 5.10.0**  # **Product Usage**<br><br>Adjust server settings to fine-tune Trellix ePO - On-prem for the needs of your organization. Your customizations affect all your Trellix ePO - On-prem users.<br><br>For descriptions of the categories provided by managed products, see your managed product documentation.<br><br>(*Server Settings*, TRELLIX, https://docs.trellix.com/bundle/trellix-epolicy-orchestrator-on-prem-5.10.0-product-guide/page/UUID-6e35f75b-37bd-9ba5-4fea-1c78aa446bfc.html) |
| the forensic computing platform further comprising at least one endpoint and | **How many agents does Trellix endpoint security have?**<br><br>Trellix Agent provides EPP, EDR, Device Control, and Forensics that deploys, uninstalls, upgrades, and patches as one agent. It provides multiple tamper-protection components to prevent services from being stopped/restarted, protects agent processes from inspection and injection, and prevents tampering with services, registry entries, and files & folders.<br><br>(*Trellix Endpoint Security*, TRELLIX, https://www.trellix.com/products/endpoint-security/?selectedTab=protect-clients)<br><br>Trellix Agent is the client-side component that provides secure communication between Trellix ePolicy Orchestrator - On-prem (Trellix ePO - On-prem) and managed products.<br><br>The agent also serves as an updater for Trellix products.<br><br>Systems can be managed by the Trellix ePO - On-prem server only if they have an agent installed. While running silently in the background, the agent:<br><br>• Installs products and their upgrades on managed systems.<br>• Updates security content such as the V3 DAT files or AMCore Content Package associated with Trellix® Endpoint Security (ENS).<br>• Enforces policies and schedules tasks on managed systems.<br>• Gathers information and events from managed systems, and sends them to Trellix ePO - On-prem.<br><br>The term *agent* is used in these contexts in Trellix ePO - On-prem:<br><br>• Agent — The basic operating mode for Trellix Agent, providing a communication channel to Trellix ePO - On-prem and local services for managed products.<br>• SuperAgent — An agent that acts as an intermediary between Trellix ePO - On-prem and other agents in the same network broadcast segment. The SuperAgent caches information received from Trellix ePO - On-prem, the Main Repository, or a mirrored Distributed Repository, and distributes it to the agents in its network subnet.<br>Configure a SuperAgent in every subnet when managing agents in larger networks. |

17

| Claim 1 | Accused Products |
|---|---|
|  | (*Overview*, TRELLIX, https://docs.trellix.com/bundle/trellix-agent-5.7.x-product-guide/page/GUID-5E541B16-055D-434E-ACE7-E600104D166E.html#:~:text=MA%205.7.x-,Overview,Trellix%20ePO%20%2D%20On%2Dprem)<br><br>**Deploy Trellix Agent on multiple systems**<br><br>Last Updated  May 25, 2023  |  ⓘ 2 minute read  |  # MA 5.7.x  # Installation and Getting Started<br><br>You can deploy Trellix Agent 5.7.x on multiple Windows systems at the same time using Trellix ePO - On-prem. We recommend this method if you want to deploy Trellix Agent on multiple systems that are available under **System Tree**.<br><br>**Note:** You can deploy Trellix Agent only on the Windows system using this method. If you need to install on multiple operating systems or versions, repeat this task for each additional target operating system or version.<br><br>(*Deploy Trellix Agent on Multiple Systems*, TRELLIX, https://docs.trellix.com/bundle/trellix-agent-5.7.x-installation-guide/page/GUID-B2BF5E70-120D-4676-A0BC-E90F4CF8D4A3.html) |
| modules to detect, classify, delete, encrypt, and redact data stored on the at least one endpoint, | **"modules to detect [and] classify . . . data stored on the at least one endpoint"**<br><br>**Trellix Data Loss Prevention Discover key features**<br><br>• Detects and classifies sensitive content.<br><br>**Scanning and discovery** — Scan files and databases stored on local endpoints, shared repositories, or the cloud to identify sensitive data.<br><br>• Classification engine applies definitions and classification criteria that define the content to be protected, and where and when the protection is applied.<br><br>• Protection rules apply the classification criteria and other definitions to protect the sensitive content.<br><br>(*Key Features*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-bc663112-1a24-53bb-f532-02f14740d8f2.html) |

| Claim 1 | Accused Products |
|---------|------------------|
| | 2. Trellix DLP Discover scans files from local or cloud repositories and local databases, collecting file metadata.<br><br>    a. Trellix DLP Discover receives classifications and policies from Trellix DLP to apply during classification or remediation scans.<br><br>    b. DLP Server software creates registered documents databases for use in policies for Trellix DLP Discover, Trellix DLP Network Prevent, and Trellix DLP Network Monitor.<br><br>    c. Incidents from remediation scans are sent to DLP Incident Manager for reporting and analysis.<br><br>(*How It Works*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-559809bc-b41a-2573-b3fc-5d54c59bc3e9.html)<br><br>Trellix DLP Discover supports four scan types — inventory, classification, remediation, and document registration.<br><br>**Inventory scans**<br><br>Use inventory scans to give you a high-level view of what types of files exist in the repository. This scan collects only metadata — the files are not fetched. Trellix DLP Discover sorts scanned metadata into different content types and analyzes attributes such as file size, location, and file extension. Use this scan to create an overview of your repository or for IT tasks such as locating infrequently used files. You can run inventory scans on all supported file repositories and databases.<br><br>**Classification scans**<br><br>Use classification scans to help you understand the data that exists in the targeted repository. By matching scanned content to classifications such as text patterns or dictionaries, you can analyze data patterns to create optimized remediation scans. You can run classification scans on all supported file repositories and databases.<br><br>(*How Different Scan Types Protect Your Data*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-b4b7d6ed-7949-24ed-693b-e97ba968d878.html)<br><br>**"module[] to . . . delete . . . data stored on the at least one endpoint"** |

19

| Claim 1 | Accused Products |
|---------|------------------|
|  |  **Remove file**<br><br>Last Updated  Dec 31, 2023  \|  ⏱ 1 minute read  \|  # **MV-EDR**  # **Product Usage**  # **Endpoint Security**<br><br>During remediation, you can remove a file from the endpoint remotely by its full name even if the file is trusted or critical.<br><br>If a specific file can't be deleted because of a process blocking it, the file is deleted when the endpoint reboots.<br><br>The remove file reaction is supported on Windows, Linux, and macOS endpoints.<br><br>(*Remove File*, TRELLIX, https://docs.trellix.com/bundle/mvision-endpoint-detection-and-response-product-guide/page/UUID-ce6a46ea-df85-5646-acbd-11e4d17a22c5.html)<br><br>**"module[] to . . . encrypt . . . data stored on the at least one endpoint"**<br><br>**Safeguard Data and Devices from Unauthorized Access**<br><br>Trellix Data Encryption products secure devices and removable media to ensure that only authorized users can access the information they contain. Deploy encryption policies through a single management console, while monitoring encryption status and generating compliance reports.<br><br>Request a Demo<br><br>(*Trellix Data Encryption*, TRELLIX, https://www.trellix.com/products/data-encryption/)<br><br>Select **Obfuscate sensitive incidents data** to encrypt sensitive data so that it is not visible to the reviewer. This is considered a best practice.<br><br>(*Edit Permission Set: Data Loss Prevention Page*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-90e84c6c-897f-a01f-c031-ba70503094df.html) |

20

| Claim 1 | Accused Products |
|---|---|
| | **"module[] to . . . redact data stored on the at least one endpoint"**<br><br><br><br>(*Use Case: Limit DLP Incident Manager Viewing with Redaction Permissions*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.1.x-product-guide/page/GUID-2E3D46F7-C8A2-448A-BC2C-B7BF8F039C04.html)<br><br>(*Edit Permission Set: Data Loss Prevention Page*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-90e84c6c-897f-a01f-c031-ba70503094df.html)<br><br>(*Advanced Pattern Definitions*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.1.x-product-guide/page/GUID-F22C546A-6762-4362-8AF8-5087DF67812A.html) |

| Claim 1 | Accused Products |
|---------|------------------|
|         | (*Incident Manager Settings Page*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-interface-reference-guide/page/GUID-2FE82378-4089-438C-92A1-BC8DBA7108C3.html) |
| the forensic computing platform causing the following steps to occur when executing computer instructions stored in a memory of the cloud control server: receiving, by one of the modules of the forensic computing platform from the at least one endpoint, a meta log associated with a first file,  the meta log containing a first file name, data element tags comprising indicators that data types are included in the first file, one or more of a date created, date deleted, or date modified, and an endpoint ID; | **Enable Update Metadata Aggregation for Local Intelligence**<br><br>Version:  Trellix Threat Intelligence Exchange 4.5.x Product Guide  ∨  |  Last Updated  Jul 12, 2024  |  ⊙ 1 minute read  |  # **TIE 4.5.x**  # **Product Usage**<br><br>Enable Update Metadata Aggregation for Local Intelligence in the Trellix DXL topology.<br><br>**Task**<br><br>1. Log on to the Trellix ePO - On-prem server as an administrator.<br><br>2. Select **Menu → Configuration → Server Settings → DXL Topology**, then click **Edit**.<br><br>    **Note**<br>    The option on the page varies based on whether you selected a broker or a hub. Unassigned brokers are listed below to the hubs.<br><br>3. Select a broker item from the list.<br><br>4. In the **Broker Extensions** section, find the **Update Metadata Aggregation for Local Intelligence** extension and check it.<br><br>5. Repeat the step 4 in every broker where you want to enable the extension, then click **Save**.<br><br>    For more information about enabling or disabling DXL Broker Extension, see Trellix Data Exchange Layer Product Guide.<br><br>(*Enable Update Metadata Aggregation for Local Intelligence*, TRELLIX, https://docs.trellix.com/bundle/threat-intelligence-exchange-4.5.x-product-guide/page/UUID-cebd0aad-a575-4b60-e1ed-6d2600e7d02f.html) |

22

| Claim 1 | Accused Products |
|---------|------------------|
| | ## Configure Metadata aggregator |

Last Updated  Aug 07, 2019  |  ⏱ 1 minute read  |  # **TIE 3.0.x**  # **Installation and Getting Started**

Reduce the bandwidth and the number of messages that the TIE server needs to process by discarding duplicated data and summarizing information.

Enable Metadata aggregator feature if you have one of these scenarios which implies sending multiple updates to the TIE server.

- Frequent changes in your organization
- Add new endpoints to your environment
- Frequently have new files
- New rules
- Constantly restarting your endpoints

(*Configure Metadata Aggregator*, TRELLIX, https://docs.trellix.com/bundle/threat-intelligence-exchange-3.0.x-installation-guide/page/GUID-09301674-7C47-4644-A93E-B47569DDCA88.html)

The **Files** collector gathers data about managed devices' file systems.

Collector output

| name | String | The file name. |
|------|--------|----------------|
| dir | String | The directory path where the file is located. |
| full_name | String | The fully qualified file name, including its path. |
| last_write | Timestamp | The last time the operating system wrote the file. |
| md5 | String | The file's content, in MD5 format. |
| sha1 | String | The file's content, in SHA-1 format. |
| sha256 | String | The file's content, in SHA-256 format. |
| created_at | Timestamp | Time stamp when the file was created. |
| deleted_at | Timestamp | Time stamp when the file was deleted. |

23

| Claim 1 | Accused Products |
|---------|------------------|
|  | (*Files Collector*, TRELLIX, https://docs.trellix.com/bundle/mvision-endpoint-detection-and-response-product-guide/page/UUID-834218ff-2612-a141-7b6d-ac7b0a0588e5.html) |
| storing the meta log in the meta database of the cloud control server of the forensic computing platform; | **How it works**<br><br>Version: Trellix Data Loss Prevention 11.10.x Product Guide - October 2024  \|  Last Updated  Feb 12, 2024  \|  2 minute read  \|  # DLP 11.10.x  # Product Usage<br><br>Trellix DLP products identify sensitive data or user activity, take action on policy violations, and create incidents of violations.<br><br>Installing all Trellix DLP products allows you to use the full feature set of the product suite. The following diagram shows a simplified network where all Trellix DLP products and Trellix ePO - On-prem are deployed.<br><br>1. Administrators create policies in Trellix ePO - On-prem and deploy them to Trellix DLP Endpoint for Windows and Trellix DLP Endpoint for Mac clients.<br>    a. Users create, save, and copy files or emails.<br>    b. Trellix DLP Endpoint client applies policies and either blocks or allows user actions.<br>    c. Applying the policies creates incidents that are sent to DLP Incident Manager for reporting and analysis.<br>2. Trellix DLP Discover scans files from local or cloud repositories and local databases, collecting file metadata.<br>    a. Trellix DLP Discover receives classifications and policies from Trellix DLP to apply during classification or remediation scans.<br>    b. DLP Server software creates registered documents databases for use in policies for Trellix DLP Discover, Trellix DLP Network Prevent, and Trellix DLP Network Monitor.<br>    c. Incidents from remediation scans are sent to DLP Incident Manager for reporting and analysis.<br>3. Trellix DLP Network Prevent receives email from MTA servers and web traffic from web proxy servers. It analyzes the email messages and web traffic, applies the Trellix DLP policies, and sends incidents and evidence to DLP Incident Manager.<br>4. Trellix DLP Network Monitor analyzes network traffic, then creates incidents or saves evidence for the supported protocols. It applies network communication protection rules, web protection rules, or email protection rules. |

24

| Claim 1 | Accused Products |
|---------|------------------|
| | <br><br>(*How It Works*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-559809bc-b41a-2573-b3fc-5d54c59bc3e9.html) |

| Claim 1 | Accused Products |
|---------|------------------|
| analyzing, by the analytic component, the indicators of the data element tags of the first file based on a configured setting and criteria; | **How it works**<br><br>Version: Trellix Data Loss Prevention 11.10.x Product Guide - October 2024  ⌄  \|  Last Updated  Feb 12, 2024  \|  ⏱ 2 minute read  \|  ⊞ DLP 11.10.x  ⊞ Product Usage<br><br>Trellix DLP products identify sensitive data or user activity, take action on policy violations, and create incidents of violations.<br><br>Installing all Trellix DLP products allows you to use the full feature set of the product suite. The following diagram shows a simplified network where all Trellix DLP products and Trellix ePO - On-prem are deployed.<br><br>1. Administrators create policies in Trellix ePO - On-prem and deploy them to Trellix DLP Endpoint for Windows and Trellix DLP Endpoint for Mac clients.<br><br>   a. Users create, save, and copy files or emails.<br><br>   b. Trellix DLP Endpoint client applies policies and either blocks or allows user actions.<br><br>   c. Applying the policies creates incidents that are sent to DLP Incident Manager for reporting and analysis.<br><br>2. Trellix DLP Discover scans files from local or cloud repositories and local databases, collecting file metadata.<br><br>   a. Trellix DLP Discover receives classifications and policies from Trellix DLP to apply during classification or remediation scans.<br><br>   b. DLP Server software creates registered documents databases for use in policies for Trellix DLP Discover, Trellix DLP Network Prevent, and Trellix DLP Network Monitor.<br><br>   c. Incidents from remediation scans are sent to DLP Incident Manager for reporting and analysis.<br><br>3. Trellix DLP Network Prevent receives email from MTA servers and web traffic from web proxy servers. It analyzes the email messages and web traffic, applies the Trellix DLP policies, and sends incidents and evidence to DLP Incident Manager.<br><br>4. Trellix DLP Network Monitor analyzes network traffic, then creates incidents or saves evidence for the supported protocols. It applies network communication protection rules, web protection rules, or email protection rules.<br><br>(*How It Works*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-559809bc-b41a-2573-b3fc-5d54c59bc3e9.html)<br><br>**About policies**<br><br>Last Updated  Feb 08, 2024  \|  ⏱ 1 minute read  \|  ⊞ ePO 5.10.0  ⊞ Product Usage<br><br>A *policy* is a collection of settings that you create and configure, then enforce.<br><br>Trellix ePO - On-prem organizes its policies by product, then by *categories* for each product. For example, the Trellix Agent product includes categories for **General**, **Repository**, and **Troubleshooting**.<br><br>To see policies in a specific policy category, select **Menu → Policy → Policy Catalog**, then select a product from the Products pane and the corresponding categories appear on the right pane. Expand the category to see the list of policies. On the **Policy Catalog** page, users can see only policies for products they have permissions to.<br><br>Each category includes two default policies,<br><br>• **McAfee/Trellix Default** — You can't delete, edit, export, or rename this policy, but you can copy it and then edit the copy.<br><br>• **My Default** — You can perform all the actions on this policy.<br><br>For example, you can increase the Trellix ePO - On-prem response time from the default value of every 60 minutes. To add time, change the agent-server communication interval (ASCI) for workstations in the Trellix Agent policy to every 240–360 minutes.<br><br>To change the workstation ASCI setting, duplicate the Trellix Agent, **Trellix Default** policy, in the **General** category, and change the ASCI setting. Then you must assign the new policy to a **System Tree** group or tag that includes all those workstations. |

26

| Claim 1 | Accused Products |
|---|---|
| | (*About Policies*, Trellix, https://docs.trellix.com/bundle/trellix-epolicy-orchestrator-on-prem-5.10.0-product-guide/page/UUID-c8339832-e92c-f86b-a256-1de59b4a2de3.html)<br><br>**When policies are applied and enforced**<br><br>Last Updated  Feb 08, 2024  |  ⏱ 2 minute read  |  # **ePO 5.10.0**  # **Product Usage**<br><br>Policies are applied to systems according to the amount of time defined in 2 settings. ASCI defines how often the agent communicates with the server. Policy enforcement interval defines when policy settings are enforced.<br><br>**Applying policies**<br>After you configure policy settings, the new settings are applied to specified managed systems at the next agent-server communication. By default, the agent-server communication occurs every 60 minutes. You can adjust this interval on the **General** tab of the Trellix Agent policy pages. Or, depending on how you implement agent-server communication, you might change the ASCI using the agent wake-up client task.<br><br>If you want to change the settings of a default policy, you need to duplicate the policy and rename it. Make the required changes and reassign the policy to the managed systems. The next time an agent-server communication occurs, the new policy is applied to these systems.<br><br>**Enforcing policies**<br>The timing of policy enforcement depends on the configuration of the policies. Enforcement can happen:<br><br>• **Instantly**<br><br>  *Example*: **On-Access Scan** policy occurs when you start any application.<br><br>• **At agent-server communication or policy enforcement intervals**<br><br>  *Example*: **Product Deployment** policy runs to confirm that the installed software versions on the managed systems match the versions on the **Main Repository**. If a new version is available, it is downloaded to all systems.<br><br>• **At configured Client Task intervals**:<br><br>  *Example*: On-demand scan policy, by default, runs every day at midnight to scan all your managed systems for threats.<br><br>(*When Policies Are Applied and Enforced*, Trellix, https://docs.trellix.com/bundle/trellix-epolicy-orchestrator-on-prem-5.10.0-product-guide/page/UUID-e5d40fdd-ade2-6bcc-ca7a-7a04f9b4b019.html) |

27

| Claim 1 | Accused Products |
|---|---|
| determining, based on the indicators of the data element tags, a data classification associated with the first file comprised on the at least one endpoint; and | **Trellix Data Loss Prevention products**<br><br>**Trellix Data Loss Prevention Endpoint Complete**<br>Includes Trellix Device Control, available on-premisis and via SaaS<br>• Find and classify data on Windows and macOS workstations and servers<br>• Coach end-users and request justifications for policy exceptions<br>• Get out-of-the-box compliance features, including reporting<br>Read the Datasheet →<br><br>**Trellix Device Control**<br>Protect Windows and macOS workstations and servers on-premises or via SaaS<br>• Prevent unauthorized device installation<br>• Deploy policies for content-based monitoring, filtering, and blocking<br>• Available as a stand-alone or included in Trellix DLP Endpoint Complete<br><br>**Trellix Data Loss Prevention Discover**<br>Inventory senstive data across networks, storage and database locations.<br>• Find and classify sensitive data across more than 400 file types<br>• Capture and retain data to aid forensics and investigations, add on for OCR<br>• Support compliance activities and reporting out of the box<br><br>**Trellix Data Loss Prevention Network Monitor**<br>Visibility for sensitive data shared across networks.<br>• Scan, analyze, and detect network data events in real time<br>• Collect information to speed investigations , add on for OCR<br>• Support compliance activities and reporting out of the box<br><br>**Trellix Data Loss Prevention Network Prevent**<br>Prevent users from sharing unauthorized information across networks.<br>• Integrates policies with email and web gateways to protect sensitive information<br>• Captures information to support investigations, forensics, add-on for OCR<br>• Support compliance activities and reporting out of the box<br><br>**Learn about Data Security Suites →**<br><br>**Centralized Monitoring and Event Tracking**<br><br>Trellix DLP offers a convenient single console to manage deployment, administer policies, monitor events in real-time, and get out-of-the-box reports to ensure compliance. |

| Claim 1 | Accused Products |
|---|---|
| | ## Instant End User Coaching and Notifications<br><br>Stop data exfiltration without impacting operations when you customize notifications for users who attempt to violate data-sharing policies and request justification.<br><br>(*Trellix Data Loss Prevention*, TRELLIX, https://www.trellix.com/products/dlp/?selectedTab=userNotifications)<br><br>## Database Activity Monitoring<br><br>Monitor, log, and control database access, in addition to identifying and blocking potential threats before they can damage the environment.<br><br>## Vulnerability Manager<br><br>Perform automated scans to find supported databases and the sensitive data they contain. Identify and prioritize known vulnerabilities — and receive detailed remediation advice.<br><br>(*Trellix Database Security*, TRELLIX, https://www.trellix.com/products/database-security/?selectedTab=vulnerabilityManager) |

29

| Claim 1 | Accused Products |
|---|---|
| predicting data breaches based on degree changes in data topology wherein as meta data is received and stored in the meta database the meta data is consumed by the analytics component which produces signals that are sent to the alerting component wherein a first signal may reflect a spike in user activity and wherein a second signal may reflect data of a specific classification that has leaked onto one or more endpoints. | **How user and entity behavior analytics work**<br><br>UEBA monitors the behavior of users and entities of an organization. It processes this information and decides whether a particular activity or behavior could result in a cyberattack. It is able to know what a threat or attack is and what is normal use because while a hacker might be able to steal an employee's password to log in, once inside, the hacker will not be able to mimic 'normal' behavior and UEBA can detect this anomalous behavior.<br><br>UEBA can process data from general data repositories such as a data lake or data warehouse or through SIEM, which aggregates data from various sources. It integrates information such as logs, packet capture data and other datasets with existing security monitoring systems. Therefore, UEBA and SIEM are often used together as UEBA relies on cross-organizational security data which is typically collected and stored by SIEM.<br><br>The analytics component detects anomalies using a variety of analytics approaches including statistical models, machine learning, rules, and threat signatures. More than just tracking events and devices, UEBA uses machine learning to monitor possible threats from insiders. This is done by creating a 'baseline': where an end-user logs in from, files and servers they frequently use, privileges they have, frequency and time of access as well as devices used for access. Advanced analytics should be used in tandem with traditional rule and correlation-based analytics available in traditional SIEMs.<br><br>As such UEBA can detect a broad range of attack types from simple to complex, unlike specialized tools for employee monitoring, trusted hosts monitoring and fraud.<br><br>Because UEBA can detect anomalous behaviors in real-time, it can issue an alert and request for a response to security analysts quickly, allowing them to react to potential threats before they become breaches. Normally security teams would have to sift through alerts to see which are real threats, but with UEBA this analysis is automated, only prioritizing genuine threats.<br><br>There is a close relation between UEBA and SIEM technologies, because UEBA relies on cross-organizational security data to perform its analyses, and this data is typically collected and stored by a SIEM.<br><br>(*What Is User and Entity Behavior Analytics?*, TRELLIX, https://www.trellix.com/security-awareness/operations/what-is-ueba/) |

| Claim 1 | Accused Products |
|---|---|
| |  |

| Claim 1 | Accused Products |
|---|---|
| | **Lateral network movement detection**<br><br>Analyze inbound and outbound network traffic patterns, port scanning attempts, and VPN access.<br><br>(*Analytics through Trellix Helix*, TRELLIX (2022), *available at* https://www.trellix.com/assets/solution-briefs/analytics-through-trellix-helix-solution-brief.pdf) |

32

| Claim 1 | Accused Products |
|---|---|
| | By deploying AI in the background to do work on your behalf, you are actually getting hours of human work accomplished. It's no longer necessary for a human to make 20 clicks just to figure out what happened around one alert. AI handles this machine-level work for you. The work that is data-intensive, fatiguing, and error-prone from a human perspective is exactly what AI excels at—leaving the interesting investigative work for the human SOC team.<br><br><br><br>**Figure 1:** How Trellix Wise GenAI capabilities reduce alert fatigue so SOC teams can focus on what matters.<br><br>(*No Alert Left Behind — Conquering Alert Fatigue with GenAI*, TRELLIX (2024), *available at* https://www.trellix.com/assets/whitepapers/trellix-no-alert-left-behind-white-paper.pdf) |

| Claim 1 | Accused Products |
|---|---|
| |  |

| Claim 1 | Accused Products |
|---|---|
| | (*Trellix EMEA Partner Tech Summit 2023*, TRELLIX (2023), *available at* https://www.trellix.com/assets/events/emea-partner-tech-summit-2023/workshop-1-trellix-xdr-platform-and-security-operations-and-analytics.pdf) |