# EXHIBIT “L”

**EXHIBIT L: U.S. PATENT NO. 12,363,134 INFRINGEMENT CLAIM CHART[1]**

| Claim 1 | Accused Products |
|---|---|
| A computing system comprising | The preamble is presumptively not limiting. To the extent the preamble is limiting, the Accused Products are a computing system. |
| one or more network devices, the one or more network devices comprising one or more microprocessors and one or more memories that store executable instructions that, when executed by the one or more microprocessors, facilitate performance of operations, comprising: | |

[1] The evidence of infringement identified in the below chart is exemplary and nonlimiting. QuickVault reserves the right to rely on additional and/or alternative aspects of the Accused Products and related components during this litigation for the purpose of establishing infringement.

| Claim 1 | Accused Products |
|---|---|
| | (*How It Works*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-559809bc-b41a-2573-b3fc-5d54c59bc3e9.html) |
| receiving meta data associated with an endpoint, the meta data comprising: an endpoint identifier that is indicative of the endpoint with which the meta data is associated, and one or more of an electronic file name, a user identifier, and one or more data tags; | How many agents does Trellix endpoint security have?<br><br>Trellix Agent provides EPP, EDR, Device Control, and Forensics that deploys, uninstalls, upgrades, and patches as one agent. It provides multiple tamper-protection components to prevent services from being stopped/restarted, protects agent processes from inspection and injection, and prevents tampering with services, registry entries, and files & folders.<br><br>(*Trellix Endpoint Security*, TRELLIX, https://www.trellix.com/products/endpoint-security/?selectedTab=protect-clients)<br><br>Trellix Agent is the client-side component that provides secure communication between Trellix ePolicy Orchestrator - On-prem (Trellix ePO - On-prem) and managed products.<br><br>The agent also serves as an updater for Trellix products.<br><br>Systems can be managed by the Trellix ePO - On-prem server only if they have an agent installed. While running silently in the background, the agent:<br>• Installs products and their upgrades on managed systems.<br>• Updates security content such as the V3 DAT files or AMCore Content Package associated with Trellix® Endpoint Security (ENS).<br>• Enforces policies and schedules tasks on managed systems.<br>• Gathers information and events from managed systems, and sends them to Trellix ePO - On-prem.<br><br>The term *agent* is used in these contexts in Trellix ePO - On-prem:<br>• Agent — The basic operating mode for Trellix Agent, providing a communication channel to Trellix ePO - On-prem and local services for managed products.<br>• SuperAgent — An agent that acts as an intermediary between Trellix ePO - On-prem and other agents in the same network broadcast segment. The SuperAgent caches information received from Trellix ePO - On-prem, the Main Repository, or a mirrored Distributed Repository, and distributes it to the agents in its network subnet.<br>Configure a SuperAgent in every subnet when managing agents in larger networks.<br><br>(*Overview*, TRELLIX, https://docs.trellix.com/bundle/trellix-agent-5.7.x-product-guide/page/GUID-5E541B16-055D-434E-ACE7-E600104D166E.html#:~:text=MA%205.7.x-,Overview,Trellix%20ePO%20%2D%20On%2Dprem) |

| Claim 1 | Accused Products |
|---|---|
| |  |

# Deploy Trellix Agent on multiple systems

Last Updated May 25, 2023 | 2 minute read | MA 5.7.x Installation and Getting Started

You can deploy Trellix Agent 5.7.x on multiple Windows systems at the same time using Trellix ePO - On-prem. We recommend this method if you want to deploy Trellix Agent on multiple systems that are available under **System Tree**.

**Note:** You can deploy Trellix Agent only on the Windows system using this method. If you need to install on multiple operating systems or versions, repeat this task for each additional target operating system or version.

(*Deploy Trellix Agent on Multiple Systems*, TRELLIX, https://docs.trellix.com/bundle/trellix-agent-5.7.x-installation-guide/page/GUID-B2BF5E70-120D-4676-A0BC-E90F4CF8D4A3.html)

# Enable Update Metadata Aggregation for Local Intelligence

Version: Trellix Threat Intelligence Exchange 4.5.x Product Guide | Last Updated Jul 12, 2024 | 1 minute read | TIE 4.5.x Product Usage

Enable Update Metadata Aggregation for Local Intelligence in the Trellix DXL topology.

**Task**

1. Log on to the Trellix ePO - On-prem server as an administrator.
2. Select **Menu** → **Configuration** → **Server Settings** → **DXL Topology**, then click **Edit**.

   **Note**
   The option on the page varies based on whether you selected a broker or a hub. Unassigned brokers are listed below to the hubs.

3. Select a broker item from the list.
4. In the **Broker Extensions** section, find the **Update Metadata Aggregation for Local Intelligence** extension and check it.
5. Repeat the step 4 in every broker where you want to enable the extension, then click **Save**.

   For more information about enabling or disabling DXL Broker Extension, see Trellix Data Exchange Layer Product Guide.

(*Enable Update Metadata Aggregation for Local Intelligence*, TRELLIX, https://docs.trellix.com/bundle/threat-intelligence-exchange-4.5.x-product-guide/page/UUID-cebd0aad-a575-4b60-e1ed-6d2600e7d02f.html)

| Claim 1 | Accused Products |
|---|---|
| | **Configure Metadata aggregator**<br>Last Updated Aug 07, 2019 \| 1 minute read \| **TIE 3.0.x** **Installation and Getting Started**<br>Reduce the bandwidth and the number of messages that the TIE server needs to process by discarding duplicated data and summarizing information.<br>Enable Metadata aggregator feature if you have one of these scenarios which implies sending multiple updates to the TIE server.<br>• Frequent changes in your organization<br>• Add new endpoints to your environment<br>• Frequently have new files<br>• New rules<br>• Constantly restarting your endpoints<br>(*Configure Metadata Aggregator*, TRELLIX, https://docs.trellix.com/bundle/threat-intelligence-exchange-3.0.x-installation-guide/page/GUID-09301674-7C47-4644-A93E-B47569DDCA88.html)<br>The **Files** collector gathers data about managed devices' file systems.<br>Collector output<br>**name** \| String \| The file name.<br>**dir** \| String \| The directory path where the file is located.<br>**full_name** \| String \| The fully qualified file name, including its path.<br>**last_write** \| Timestamp \| The last time the operating system wrote the file.<br>**md5** \| String \| The file's content, in MD5 format.<br>**sha1** \| String \| The file's content, in SHA-1 format.<br>**sha256** \| String \| The file's content, in SHA-256 format.<br>**created_at** \| Timestamp \| Time stamp when the file was created.<br>**deleted_at** \| Timestamp \| Time stamp when the file was deleted. |

| Claim 1 | Accused Products |
|---|---|
| | (*Files Collector*, TRELLIX, https://docs.trellix.com/bundle/mvision-endpoint-detection-and-response-product-guide/page/UUID-834218ff-2612-a141-7b6d-ac7b0a0588e5.html) |
| analyzing the meta data based on one or more of a configured setting and a policy; | How it works<br>Version: Trellix Data Loss Prevention 11.10.x Product Guide - October 2024 \| Last Updated Feb 12, 2024 \| 2 minute read \| DLP 11.10.x Product Usage<br>Trellix DLP products identify sensitive data or user activity, take action on policy violations, and create incidents of violations.<br>Installing all Trellix DLP products allows you to use the full feature set of the product suite. The following diagram shows a simplified network where all Trellix DLP products and Trellix ePO - On-prem are deployed.<br>1. Administrators create policies in Trellix ePO - On-prem and deploy them to Trellix DLP Endpoint for Windows and Trellix DLP Endpoint for Mac clients.<br>a. Users create, save, and copy files or emails.<br>b. Trellix DLP Endpoint client applies policies and either blocks or allows user actions.<br>c. Applying the policies creates incidents that are sent to DLP Incident Manager for reporting and analysis.<br>2. Trellix DLP Discover scans files from local or cloud repositories and local databases, collecting file metadata.<br>a. Trellix DLP Discover receives classifications and policies from Trellix DLP to apply during classification or remediation scans.<br>b. DLP Server software creates registered documents databases for use in policies for Trellix DLP Discover, Trellix DLP Network Prevent, and Trellix DLP Network Monitor.<br>c. Incidents from remediation scans are sent to DLP Incident Manager for reporting and analysis.<br>3. Trellix DLP Network Prevent receives email from MTA servers and web traffic from web proxy servers. It analyzes the email messages and web traffic, applies the Trellix DLP policies, and sends incidents and evidence to DLP Incident Manager.<br>4. Trellix DLP Network Monitor analyzes network traffic, then creates incidents or saves evidence for the supported protocols. It applies network communication protection rules, web protection rules, or email protection rules.<br>(*How It Works*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-11.10.x-product-guide/page/UUID-559809bc-b41a-2573-b3fc-5d54c59bc3e9.html) |

| Claim 1 | Accused Products |
|---|---|
| | About policies<br>Last Updated Feb 08, 2024 \| 1 minute read \| ePO 5.10.0 Product Usage<br>A *policy* is a collection of settings that you create and configure, then enforce.<br>Trellix ePO - On-prem organizes its policies by product, then by *categories* for each product. For example, the Trellix Agent product includes categories for **General**, **Repository**, and **Troubleshooting**.<br>To see policies in a specific policy category, select **Menu → Policy → Policy Catalog**, then select a product from the Products pane and the corresponding categories appear on the right pane. Expand the category to see the list of policies. On the **Policy Catalog** page, users can see only policies for products they have permissions to.<br>Each category includes two default policies,<br>• **McAfee/Trellix Default** — You can't delete, edit, export, or rename this policy, but you can copy it and then edit the copy.<br>• **My Default** — You can perform all the actions on this policy.<br>For example, you can increase the Trellix ePO - On-prem response time from the default value of every 60 minutes. To add time, change the agent-server communication interval (ASCI) for workstations in the Trellix Agent policy to every 240–360 minutes.<br>To change the workstation ASCI setting, duplicate the Trellix Agent, **Trellix Default** policy, in the **General** category, and change the ASCI setting. Then you must assign the new policy to a **System Tree** group or tag that includes all those workstations.<br>(*About Policies*, TRELLIX, https://docs.trellix.com/bundle/trellix-epolicy-orchestrator-on-prem-5.10.0-product-guide/page/UUID-c8339832-e92c-f86b-a256-1de59b4a2de3.html) |

| Claim 1 | Accused Products |
|---|---|
| | ## When policies are applied and enforced<br><br>Last Updated Feb 08, 2024 \| 2 minute read \| # **ePO 5.10.0** # **Product Usage**<br><br>Policies are applied to systems according to the amount of time defined in 2 settings. ASCI defines how often the agent communicates with the server. Policy enforcement interval defines when policy settings are enforced.<br><br>**Applying policies**<br>After you configure policy settings, the new settings are applied to specified managed systems at the next agent-server communication. By default, the agent-server communication occurs every 60 minutes. You can adjust this interval on the **General** tab of the Trellix Agent policy pages. Or, depending on how you implement agent-server communication, you might change the ASCI using the agent wake-up client task.<br><br>If you want to change the settings of a default policy, you need to duplicate the policy and rename it. Make the required changes and reassign the policy to the managed systems. The next time an agent-server communication occurs, the new policy is applied to these systems.<br><br>**Enforcing policies**<br>The timing of policy enforcement depends on the configuration of the policies. Enforcement can happen:<br><br>• **Instantly**<br>*Example*: **On-Access Scan** policy occurs when you start any application.<br>• **At agent-server communication or policy enforcement intervals**<br>*Example*: **Product Deployment** policy runs to confirm that the installed software versions on the managed systems match the versions on the **Main Repository**. If a new version is available, it is downloaded to all systems.<br>• **At configured Client Task intervals**:<br>*Example*: On-demand scan policy, by default, runs every day at midnight to scan all your managed systems for threats.<br><br>(*When Policies Are Applied and Enforced*, TRELLIX, https://docs.trellix.com/bundle/trellix-epolicy-orchestrator-on-prem-5.10.0-product-guide/page/UUID-e5d40fdd-ade2-6bcc-ca7a-7a04f9b4b019.html) |

| Claim 1 | Accused Products |
|---|---|
| determining, based on the analyzing of the meta data, a pattern of data activity that constitutes a deviation from normal behavior, wherein the deviation from normal behavior is determined based on a detected data activity that deviates from an average data activity for one or more of a user, a set of users, the endpoint, and a set of endpoints, wherein the detected data activity is determined by detecting that a significant volume of the meta data, relative to historical behavior, is associated with one or more of the user, the set of users, the endpoint, and the set of endpoints; and | Trellix Data Loss Prevention products<br><br>Trellix Data Loss Prevention Endpoint Complete<br>Includes Trellix Device Control, available on-premisis and via SaaS<br>• Find and classify data on Windows and macOS workstations and servers<br>• Coach end-users and request justifications for policy exceptions<br>• Get out-of-the-box compliance features, including reporting<br>Read the Datasheet →<br><br>Trellix Device Control<br>Protect Windows and macOS workstations and servers on-premises or via SaaS<br>• Prevent unauthorized device installation<br>• Deploy policies for content-based monitoring, filtering, and blocking<br>• Available as a stand-alone or included in Trellix DLP Endpoint Complete<br><br>Trellix Data Loss Prevention Discover<br>Inventory senstive data across networks, storage and database locations.<br>• Find and classify sensitive data across more than 400 file types<br>• Capture and retain data to aid forensics and investigations, add on for OCR<br>• Support compliance activities and reporting out of the box<br><br>Trellix Data Loss Prevention Network Monitor<br>Visibility for sensitive data shared across networks.<br>• Scan, analyze, and detect network data events in real time<br>• Collect information to speed investigations , add on for OCR<br>• Support compliance activities and reporting out of the box<br><br>Trellix Data Loss Prevention Network Prevent<br>Prevent users from sharing unauthorized information across networks.<br>• Integrates policies with email and web gateways to protect sensitive information<br>• Captures information to support investigations, forensics, add-on for OCR<br>• Support compliance activities and reporting out of the box<br><br>Learn about Data Security Suites →<br><br>Centralized Monitoring and Event Tracking<br><br>Trellix DLP offers a convenient single console to manage deployment, administer policies, monitor events in real-time, and get out-of-the-box reports to ensure compliance. |

| Claim 1 | Accused Products |
|---|---|
| | **Instant End User Coaching and Notifications**<br><br>Stop data exfiltration without impacting operations when you customize notifications for users who attempt to violate data-sharing policies and request justification.<br><br>(*Trellix Data Loss Prevention*, TRELLIX, https://www.trellix.com/products/dlp/?selectedTab=userNotifications)<br><br>**Database Activity Monitoring**<br><br>Monitor, log, and control database access, in addition to identifying and blocking potential threats before they can damage the environment.<br><br>**Vulnerability Manager**<br><br>Perform automated scans to find supported databases and the sensitive data they contain. Identify and prioritize known vulnerabilities — and receive detailed remediation advice.<br><br>(*Trellix Database Security*, TRELLIX, https://www.trellix.com/products/database-security/?selectedTab=vulnerabilityManager) |

| Claim 1 | Accused Products |
|---|---|
| | **How user and entity behavior analytics work**<br><br>UEBA monitors the behavior of users and entities of an organization. It processes this information and decides whether a particular activity or behavior could result in a cyberattack. It is able to know what a threat or attack is and what is normal use because while a hacker might be able to steal an employee's password to log in, once inside, the hacker will not be able to mimic 'normal' behavior and UEBA can detect this anomalous behavior.<br><br>UEBA can process data from general data repositories such as a data lake or data warehouse or through SIEM, which aggregates data from various sources. It integrates information such as logs, packet capture data and other datasets with existing security monitoring systems. Therefore, UEBA and SIEM are often used together as UEBA relies on cross-organizational security data which is typically collected and stored by SIEM.<br><br>The analytics component detects anomalies using a variety of analytics approaches including statistical models, machine learning, rules, and threat signatures. More than just tracking events and devices, UEBA uses machine learning to monitor possible threats from insiders. This is done by creating a 'baseline': where an end-user logs in from, files and servers they frequently use, privileges they have, frequency and time of access as well as devices used for access. Advanced analytics should be used in tandem with traditional rule and correlation-based analytics available in traditional SIEMs.<br><br>As such UEBA can detect a broad range of attack types from simple to complex, unlike specialized tools for employee monitoring, trusted hosts monitoring and fraud.<br><br>Because UEBA can detect anomalous behaviors in real-time, it can issue an alert and request for a response to security analysts quickly, allowing them to react to potential threats before they become breaches. Normally security teams would have to sift through alerts to see which are real threats, but with UEBA this analysis is automated, only prioritizing genuine threats.<br><br>There is a close relation between UEBA and SIEM technologies, because UEBA relies on cross-organizational security data to perform its analyses, and this data is typically collected and stored by a SIEM.<br><br>(*What Is User and Entity Behavior Analytics?*, TRELLIX, https://www.trellix.com/security-awareness/operations/what-is-ueba/) |

| Claim 1 | Accused Products |
| --- | --- |
| |  Initial reconnaissance<br>Initial compromise<br>Foothold established<br>Privileges escalated<br>Internal reconnaissance<br>Mission completed<br>Active recon<br>Infrastructure and vulnerability detection<br>Account monitoring<br>User behavior monitoring<br>Data exfiltration detection<br>Figure 1. Operational interface for immediate situational awareness<br>User, entity, and behavioral analytics<br>Track users accessing data across your environment, detect behavioral anomalies, and identify insider threats.<br>Credential abuse and compromised account detection<br>Monitor all your connected devices and networks. Detect abnormal access behavior or prevent covert attacker access. |

| Claim 1 | Accused Products |
| --- | --- |
| | **Lateral network movement detection**<br><br>Analyze inbound and outbound network traffic patterns, port scanning attempts, and VPN access.<br><br>(*Analytics through Trellix Helix*, TRELLIX (2022), *available at* https://www.trellix.com/assets/solution-briefs/analytics-through-trellix-helix-solution-brief.pdf) |

| Claim 1 | Accused Products |
| --- | --- |
| in response to determining the deviation from normal behavior, performing one or more responsive actions. | **Review and Remediate Violations**<br><br>Trellix DLP - Discover eliminates or minimizes proliferation of sensitive material through integrated incident workflow and case management. If Trellix DLP - Discover finds content that violates protection policies, it generates incidents and sends notifications. Incidents created by Trellix DLP - Discover can be added to the case management framework, which allows you to involve specialists from numerous organizations within the company to take action on the violation. Additionally, risk dashboards provide easy ways for security personnel to see the profile of policy violations and generate reports based on any data-at- rest parameter of interest.<br><br>(*Trellix Data Loss Prevention Discover*, TRELLIX (2022), *available at* https://www.trellix.com/assets/docs/data-sheets/trellix-data-loss-prevention-dlp-datasheet-discover.pdf)<br><br>Configure a remediation scan to classify and enforce rules on files in your repository<br><br>Last Updated Mar 03, 2024 \| 4 minute read<br><br>Remediation scans apply rules to protect sensitive content in the scanned repository. You can create a remediation scan to detect if any data in your repository violates a policy. You can apply rules to move, copy, or monitor files using the remediation scan. |

| Claim 1 | Accused Products |
|---|---|
| | (*Configure a Remediation Scan to Classify and Enforce Rules on Files in Your Repository*, TRELLIX, https://docs.trellix.com/bundle/data-loss-prevention-saas-product-guide/page/UUID-2b125b18-9eb3-4b37-0551-ab2de9050432.html)<br><br>**Remediate threats**<br><br>Last Updated Nov 27, 2024 \| 1 minute read \| # MV-EDR # Product Usage # Endpoint Security<br><br>When the investigation is completed and identified a threat as potentially malicious, you can remove a threat remotely or delete artifacts such as process, folder, file, registry value, or content permanently from the endpoint.<br><br>During remediation or eradication, Trellix EDR identifies all affected endpoints within the environment so that threats from the affected endpoints are remediated.<br><br>If the target endpoints are offline when the remediation or mitigation reaction is executed, the response reaction is saved and executed when the endpoint is back online.<br><br>(*Remediate Threats*, TRELLIX, https://docs.trellix.com/bundle/mvision-endpoint-detection-and-response-product-guide/page/UUID-18b55e8d-8396-f52c-fec0-2f16ce37ce7e.html)<br><br>**Remove file**<br><br>Last Updated Dec 31, 2023 \| 1 minute read \| # MV-EDR # Product Usage # Endpoint Security<br><br>During remediation, you can remove a file from the endpoint remotely by its full name even if the file is trusted or critical.<br><br>If a specific file can't be deleted because of a process blocking it, the file is deleted when the endpoint reboots.<br><br>The remove file reaction is supported on Windows, Linux, and macOS endpoints.<br><br>(*Remove File*, TRELLIX, https://docs.trellix.com/bundle/mvision-endpoint-detection-and-response-product-guide/page/UUID-ce6a46ea-df85-5646-acbd-11e4d17a22c5.html) |

| Claim 1 | Accused Products |
|---|---|
| | **Managing remediation actions**<br>Version: Endpoint Security xAgent Administration Guide Release 35.31.0 \| Last Updated Apr 24, 2023 \| 14 minute read \| # **Endpoint Security Agent (HX)** # **Product Usage** # **Endpoint Security**<br>After an infected file is placed in quarantine, the Endpoint Security (HX) xAgent 's malware protection engines perform specific remediation actions to prevent the infection from spreading to other files on the host endpoint or to other endpoints on your network. These remediation actions include cleaning the infected file, removing any malware traces, and notifying the endpoint user when a file is quarantined or cleaned. You can enable and disable the malware protection remediation actions for all of your host endpoints or select host sets in your environment using the Web UI or the API.<br>This section covers how to use the Web UI to modify the agent default policy or a custom policy to enable or disable malware protection remediation actions.<br>• Managing Remediation Actions for MalwareGuard<br>• Cleaning Quarantined Files<br>• Removing Malware Traces from Quarantined Files<br>• Managing Malware Protection Notification Alerts<br>(*Managing Remediation Actions*, TRELLIX, https://docs.trellix.com/bundle/agent_35_ag/page/UUID-1c87666b-5a4c-eaae-991c-757f5272e38b.html) |

| Claim 1 | Accused Products |
|---|---|
| | <br>By deploying AI in the background to do work on your behalf, you are actually getting hours of human work accomplished. It's no longer necessary for a human to make 20 clicks just to figure out what happened around one alert. AI handles this machine-level work for you. The work that is data-intensive, fatiguing, and error-prone from a human perspective is exactly what AI excels at—leaving the interesting investigative work for the human SOC team.<br><br>**Figure 1:** How Trellix Wise GenAI capabilities reduce alert fatigue so SOC teams can focus on what matters.<br>(*No Alert Left Behind — Conquering Alert Fatigue with GenAI*, TRELLIX (2024), *available at* https://www.trellix.com/assets/whitepapers/trellix-no-alert-left-behind-white-paper.pdf)<br> |

| Claim 1 | Accused Products |
| --- | --- |
| |   |

| Claim 1 | Accused Products |
| --- | --- |
| | (*Trellix EMEA Partner Tech Summit 2023*, TRELLIX (2023), *available at* https://www.trellix.com/assets/events/emea-partner-tech-summit-2023/workshop-1-trellix-xdr-platform-and-security-operations-and-analytics.pdf) |